AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION as successor in interest to RBC CENTURA BANK <br><br> *Plaintiff(s)* <br> v. <br> SUITE 208 HOLDINGS, LLC, RICHARD POWELL, SR., RICHARD POWELL, JR., JOSEF POWELL, & FRANTZ ALPHONSE <br><br> *Defendant(s)* | Civil Action No. <br> 6:17-CV-1433-ORL-31-DCI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RICHARD POWELL, JR.
4206 Flora Vista Drive
Orlando, FL 32837

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Robert D. McIntosh, Esq.
McIntosh Schwartz, P.L.
888 SE Third Avenue, Suite 201
Fort Lauderdale, FL 33316
954-556-1480

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8-3-17

*Signature of Clerk or Deputy Clerk*