# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

PNC BANK, NATIONAL ASSOCIATION,

    **Plaintiff,**

v.                                      Case No: 6:17-cv-1433-Orl-31DCI

SUITE 208 HOLDINGS, LLC., RICHARD
POWELL, SR. , RICHARD POWELL,
JR., JOSEF POWELL and FRANTZ
ALPHONSE,

    **Defendants.**

## ORDER

This cause comes before the Court on Plaintiff's Verified Motion for Attorney's Fees and for Extension of Time to Seek Additional Fees (Doc. 44), filed June 28, 2018.

On September 4, 2018, the United States Magistrate Judge issued a report (Doc. 50) recommending that the motion be granted in part. No objections have been filed. Therefore, it is

    **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Attorney's Fees and for Extension of Time to Seek Additional Fees (Doc. 44) is **GRANTED in part.** Plaintiff is awarded a total of $10,962.50 in attorney fees against the defendants.

3. Plaintiff may file a supplemental motion for attorney fees incurred between the filing of the Motion (Doc. 14) and the final confirmation of the foreclosure sale.

Any such motion is due to be filed no later than 14 days after the date of the confirmation of the final foreclosure sale.

4. In all other respects, the motion (Doc. 44) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 19, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party